ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
NOV 03 '21 PM 12:47

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NELSON BULUS WANDI,<br><br>Defendant. | **INDICTMENT**<br><br>VIOLATION:<br>Count I: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition;<br>Count II: 21 U.S.C. § 841(a)(1), Possession of Marijuana with Intent to Distribute.<br><br>Case: 2:21-cr-00463<br>Assigned To : Kimball, Dale A.<br>Assign. Date : 11/3/2021 |
|---|---|

The Grand Jury Charges:

### COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about July 1, 2021, in the District of Utah,

NELSON BULUS WANDI,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Smith & Wesson M&P Shield 9mm semi-automatic pistol and

associated ammunition, and the firearm and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

## COUNT II
21 U.S.C. § 841(a)(1)
(Possession of Marijuana with Intent to Distribute)

On or about July 1, 2021, in the District of Utah,

NELSON BULUS WANDI,

defendant herein, did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(D).

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

ANDREA T. MARTINEZ
Acting United States Attorney

*Victoria K. McFarland*
VICTORIA K. McFARLAND
Assistant United States Attorney

2